UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jose Ivan Natal-Gonzalez,

Case No.: 17-20478
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

On 7/26/17, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on August 28, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 91 Beech Street, Dover, NJ - $220,000

Liens on property: $190,000

Amount of equity claimed as exempt: $23,675

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648
Telephone No.: 609-890-1500

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-20478-MBK
Jose Ivan Natal-Gonzalez                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 26, 2017
                              Form ID: pdf905          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
```
db            +Jose Ivan Natal-Gonzalez,    616 5th Avenue,    Belvidere, NJ 07823-1801
516839983     +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516839986     +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
516839988     +LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
516839987     +Lab Corp,    P.O. Box 2240,    Burlington, NC 27216-2240
516839989     +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
               Oklahoma City, OK 73126-0648
516839990     +Midwest Recovery Syste,    Po Box 899,    Florissant, MO 63032-0899
516839995     +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2017 23:00:40      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2017 23:00:37      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516839984     +E-mail/Text: bk.notifications@jpmchase.com Jul 26 2017 23:00:29      Chase Auto Finance,
               National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516839991     +E-mail/Text: bankruptcy@savit.com Jul 26 2017 23:01:35      Savit Coll,    Po Box 250,
               East Brunswick, NJ 08816-0250
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516839985       Eagle Rock Village
516839992       sylkia
516839993    ##+Sylkia A. Natal,    91 Beech Street,    Dover, NJ 07801-2807
516839994    ##+Sylkia Natal,    91 Beech Street,    Dover, NJ 07801-2807
                                                                                   TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
```
              Barry Frost     trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leonard S Singer    on behalf of Debtor Jose Ivan Natal-Gonzalez zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```