Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

        Case No.:  17−20478−MBK
        Chapter:  7
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Ivan Natal−Gonzalez
   616 5th Avenue
   Belvidere, NJ 07823

Social Security No.:
   xxx−xx−5078

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barry Frost is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 25, 2017</u>          <u>Michael B. Kaplan</u>
                                        Judge, United States Bankruptcy Court