**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jose Ivan Natal-Gonzalez <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-5078 <br> EIN   _ _-_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17-20478-MBK | |

# Order of Discharge                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jose Ivan Natal-Gonzalez

8/25/17                                           **By the court:**   Michael B. Kaplan
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 17-20478-MBK
Jose Ivan Natal-Gonzalez                                        Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin            Page 1 of 1             Date Rcvd: Aug 25, 2017
                             Form ID: 318           Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
```
db              +Jose Ivan Natal-Gonzalez,    616 5th Avenue,    Belvidere, NJ 07823-1801
516839988       +LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
516839987       +Lab Corp,    P.O. Box 2240,    Burlington, NC 27216-2240
516839989       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                  Oklahoma City, OK 73126-0648
516839990       +Midwest Recovery Syste,    Po Box 899,    Florissant, MO 63032-0899
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2017 23:20:54    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2017 23:20:50    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516839983       +EDI: CAPITALONE.COM Aug 25 2017 23:08:00    Capital One,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
516839984       +EDI: CAUT.COM Aug 25 2017 23:08:00    Chase Auto Finance,    National Bankruptcy Dept,
                  201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516839986       +EDI: IIC9.COM Aug 25 2017 23:08:00    IC Systems, Inc,    444 Highway 96 East,
                  St Paul, MN 55127-2557
516839991       +E-mail/Text: bankruptcy@savit.com Aug 25 2017 23:21:45    Savit Coll,    Po Box 250,
                  East Brunswick, NJ 08816-0250
516839995       +EDI: VERIZONEAST.COM Aug 25 2017 23:08:00    Verizon,
                  Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                  Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516839985        Eagle Rock Village
516839992        sylkia
516839993      ##+Sylkia A. Natal,    91 Beech Street,    Dover, NJ 07801-2807
516839994      ##+Sylkia Natal,    91 Beech Street,    Dover, NJ 07801-2807
                                                                                    TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
```
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leonard S Singer    on behalf of Debtor Jose Ivan Natal-Gonzalez zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```